✥PS 42
(Rev. 7/93)

# United States District Court
District of

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

United States of America )
)
vs. )
)
Daniel Danh Pham )
) Case  2:09CR00015-EFS-27

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Danile Danh Pham____, have discussed with ____Jaime Carranza____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Defendant shall undergo a mental health assessment and participate in any recommended treatment. Defendant shall pay costs of assessment and treatment at a rate determined by pretrial services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/16/11           _____  3-16-11
Signature of Defendant       Date             Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    3/28/11
Signature of Defense Counsel                  Date

[X] The above modification of conditions of release is ordered, to be effective on  3/29/11 .
[ ] The above modification of conditions of release is *not* ordered.

_____                    3/29/11
Signature of Judicial Officer                 Date